IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE`S COUNTY
Civil Division

| | |
|---|---|
| **BARRY DAVID KELLY**<br>4621 Dowell Lane, # 2<br>Suitland, MD 20746<br><br>**Plaintiff,**<br><br>v.<br><br>**WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY**<br>300 Seventh Street SW<br>Washington, DC 20024<br>**Serve General Counsel: Patricia Lee**<br>**300 Seventh Street SW**<br>**Washington, DC 20024**<br><br>**Defendant.** | RS<br><br><br><br><br>Case No.: C-16-CV-25-000587 |

## COMPLAINT

**COMES NOW**, the Plaintiff, Barry David Kelly by and through counsel, Zachary M. Lipp, Esquire and Wingfield, Ginsburg & Lipp, P.C., and sues the Defendant, Washington Metropolitan Area Transit Authority, and states her cause of action as follows:

This Court has jurisdiction over the subject matter, pursuant to Maryland Annotated Courts and Judicial Proceedings Article 1-501.

1. On or about February 23, 2022, at approximately 10:00 a.m., Plaintiff attempted to enter the Metrobus operated by Defendant Washington Metropolitan Area Transit Authority by and through its agent/employee/servant (*hereinafter*, "Defendant WMATA") that was traveling at or near Marlboro Pike, Maryland.

2. At said time and place, Defendant Washington Metropolitan Area Transit Authority (*hereinafter*, "Defendant WMATA"), was also a pedestrian attempting to board the WMATA bus.

Respectfully submitted,

LAW OFFICES OF
WINGFIELD, GINSBURG & LIPP, P.C.

*/s/ Zachary M. Lipp*

Zachary M. Lipp, Esq (#010739)
CPF# 1012150190
David B. Ginsburg, Esq. (3008)
CPF#8312010166
Wingfield, Ginsburg & Lipp, P.C.
700 Fifth St., N.W., Suite 300
Washington, D.C. 20001
(202) 789-8000 x 132
zlipp@dmvinjurylaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this on 6 day of January 2025, a true copy of the foregoing Plaintiff's Interrogatories to Defendant was served to the following:

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**
**300 Seventh Street SW**
**Washington, DC 20024**
**Serve General Counsel: Patricia Lee**
**300 Seventh Street SW**
**Washington, DC 20024**

*/s/ Zachary M. Lipp*

Zachary M. Lipp, Esq. #010739

3. At said time and place, a collision occurred when the Defendant failed to allow the Plaintiff to enter the Metrobus and ran over Plaintiff causing injuries and damage.

4. At said time and place, it was the duty of the Defendant to operate his motor vehicle in a manner free from negligence and with due regard for the safety of other persons on the roadway, including the Plaintiff.

5. Notwithstanding these duties, the Defendant Washington Metropolitan Area Transit Authority, by and through its agent/employee/servant and carelessly operated its motor vehicle, so as to cause a collision with the Plaintiff.

6. The Defendant Washington Metropolitan Area Transit Authority by and through its agent/employee/servant and was negligent in the operation of the vehicle by failing to pay full time and attention to the operation of the vehicle, failing to look to avoid the incident, failing to exercise reasonable care in the operation of a vehicle, failing to avoid a collision, and otherwise by operating the vehicle in a negligent and careless manner in violation with the traffic rules and regulations then and there in effect.

7. As a direct and proximate result of the Defendant Washington Metropolitan Area Transit Authority's negligence, Plaintiff sustained serious and permanent bodily injuries, great physical pain and suffering, and severe mental anguish and emotional distress, sustained property damage, incurred and continues to incur expenses for physician treatment, hospitalization, and other medical care and treatment, lost and continues to lose time and money from his employment, including loss of earnings and earning capacity, loss of enjoyment of his usual pursuit and pastimes, sustained and continues to sustain pain, suffering and discomfort, all of which may be permanent in nature, and was otherwise injured and damaged.

**WHEREFORE**, Plaintiff, Barry David Kelly, demands judgment against the Defendant, Washington Metropolitan Area Transit Authority in excess of **SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00)** plus interest and costs.

Respectfully submitted,

LAW OFFICES OF
WINGFIELD, GINSBURG & LIPP, P.C.

*/s/ Zachary M. Lipp*

Zachary M. Lipp, Esq (010739)
CPF# 1012150190
Wingfield, Ginsburg & Lipp, P.C.
700 Fifth St., N.W., Suite 300
Washington, D.C. 20001
(202) 789-8000 x 132
zlipp@dmvinjurylaw.com
*Counsel for Plaintiff*

*/s/ David B. Ginsburg*

David B. Ginsburg, Esq. (3008)
CPF#8312010166
Wingfield, Ginsburg & Lipp, P.C.
700 Fifth St., N.W., Suite 300
Washington, D.C. 20001
(202) 789-8000 x 121
dginsburg@dmvinjurylaw.com
*Counsel for Plaintiff*

**IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE`S COUNTY**
Civil Division

| | |
|---|---|
| **BARRY DAVID KELLY**<br>4621 Dowell Lane, # 2<br>Suitland, MD 20746<br><br>**Plaintiff,**<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**<br>300 Seventh Street SW<br>Washington, DC 20024<br>**Serve General Counsel: Patricia Lee**<br>300 Seventh Street SW<br>Washington, DC 20024<br><br>**Defendant.** | RS<br><br>Case No.: C-16-CV-25-000587 |

## JURY REQUEST

Plaintiff Barry David Kelly hereby requests a trial by jury in the above matter.

/s/ *Zachary M. Lipp*
_____
Zachary M. Lipp, Esq (010739)

/s/ **David B. Ginsburg**
_____
David B. Ginsburg, Esq. (3008)

-4-